# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **CARLOS MANUEL AYESTAS,** § | |
| *Petitioner*, § | |
| § | |
| V. § | CIVIL ACTION NO. |
| § | 4-09-cv-2999 |
| § | |
| § | |
| **ERIC GUERRERO, Director,** § | |
| **Texas Department of Criminal Justice –** § | |
| **Correctional Institutions Division** § | **(Death Penalty Case)** |
| *Respondent.* § | |

## NON-PARTY HARRIS COUNTY DISTRICT ATTORNEY'S OFFICE
## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES, Non-Party, Harris County District Attorney's Office ("HCDA"), by and through the undersigned counsel, and files this Notice of Appeal in accordance with the Federal Rules of Appellant Procedure and respectfully would show the Court as follows:

HCDA appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's Discovery Order, entered on June 3, 2025 which granted Petitioner's motion to compel requested records from the Harris County District Attorney's Office. [Docket No. 204].

This appeal is filed pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure. This notice is timely because it is being filed within 30 days after the entry of the District Court's Order.

Respectfully submitted,

*/s/ Meagan T. Scott*

**MEAGAN T. SCOTT**
State Bar No. 24088378
Federal ID No. 2802414
Assistant District Attorney
1201 Franklin, Sixth Floor
Houston, Texas  77002
(713) 274-5816 (telephone)
(713) 437-4966 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2025, a true and correct copy of the above foregoing pleading was served via the Court's CM/ECF system to counsel for all parties.

**MEAGAN T. SCOTT**
Assistant District Attorney

2