# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 8, 2025
Lyle W. Cayce
Clerk

No. 25-70014

Carlos Manuel Ayestas, *also known as* Dennis Zelaya Corea,

*Petitioner—Appellee*,

*versus*

Harris County District Attorney's Office,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:09-CV-2999

_____

ORDER:

IT IS ORDERED that Appellee's opposed motion to dismiss the appeal for a lack of jurisdiction is DENIED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT