No. 25-70014

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

CARLOS MANUEL AYESTAS,
also known as Dennis Zelaya Corea,

*Petitioner-Appellee*,

vs.

HARRIS COUNTY DISTRICT ATTORNEY'S OFFICE,

*Defendant-Appellant*.

## UNOPPOSED MOTION
## TO INCREASE APPELLEE'S PAGE LIMIT FOR REPLY LETTER BRIEF

On appeal from the United States District Court
Southern District of Texas, Houston Division, Case No. 4:09-CV-2999
Hon. Christina A. Bryan, United States Magistrate Judge

Lee B. Kovarsky
PHILLIPS BLACK, INC.
727 East Dean Keeton Street
Jon 5.231
Austin, TX 78705
(434) 466-8257
l.kovarsky@phillipsblack.org

Sheri Lynn Johnson
CORNELL LAW SCHOOL
240 Myron Taylor Hall
Ithaca, NY 14853
(607) 255-6478
slj8@cornell.edu

*Attorneys for Petitioner-Appellee*

**UNOPPOSED MOTION
TO INCREASE APPELLEE'S PAGE LIMIT FOR LETTER BRIEF**

Appellee Carlos Ayestas respectfully moves for leave to file a 10-page reply in support of his jurisdictional letter brief, rather than a 5-page reply as specified in the Court's December 23, 2025 Briefing Order.

The Harris County District Attorney (HCDA) has 5 pages allotted, has not appealed any question about the district court's jurisdiction, and will presumably use its allotted pages to address this Court's appellate jurisdiction to hear HCDA's appeal. The Texas Department of Criminal Justice (TDCJ) has not appealed at all and its amicus brief includes a challenge to the district court's jurisdiction; it will presumably use its allotted pages to address that question. Increasing Ayestas's limit to ten pages ensures that the space allocated for his side of the issues is equivalent to the space allocated to the two State agencies.

Respectfully submitted,

*/s/ Lee B. Kovarsky*
Lee B. Kovarsky
Phillips Black, Inc.
727 East Dean Keeton Street
Jon 5.231
Austin, TX 78705
(434) 466-8257
l.kovarsky@phillipsblack.org

Sheri Lynn Johnson
Cornell Law School
240 Myron Taylor Hall
Ithaca, NY 14853
(607) 255-6478
slj8@cornell.edu
ATTORNEYS FOR PETITIONER

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2025, an electronic copy of the foregoing document was filed with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit and served on counsel for party HCDA and amicus TDCJ using the appellate CM/ECF system.

*/s/ Lee B. Kovarsky*
Lee B. Kovarsky
Phillips Black, Inc.
727 East Dean Keeton Street
Jon 5.231
Austin, TX 78705
(434) 466-8257
l.kovarsky@phillipsblack.org

Sheri Lynn Johnson
Cornell Law School
240 Myron Taylor Hall
Ithaca, NY 14853
(607) 255-6478
slj8@cornell.edu
ATTORNEYS FOR PETITIONER

## CERTIFICATE OF CONFERENCE

    Undersigned counsel Lee Kovarsky, conferred with Meagan Scott, attorney for party Harris County District Attorney's Office (HCDA), on January 8, 2025. She stated that HCDA was not opposed to the relief sought in this motion.

                                                              <u>/s/ Lee Kovarsky</u>