**PHILLIPS BLACK**
a nonprofit, public interest law practice

| Lee Kovarsky (Special Counsel) | l.kovarsky@phillipsblack.org | Barred In: |
| 727 E. Dean Keaton Street | 512.232.1504 (tel) | Texas |
| JON 5.231 (Room Number) | 512.471.6988 (fax) | New York |
| Austin, TX 78705 | 434.466.8257 (mobile and main) | |

January 27, 2026

**Via Electronic Filing**
Lyle W. Cayce, Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

Re: *Ayestas v. Harris Cnty. District Atty's Office*, No. 25-70014

Dear Mr. Cayce:

Appellee Carlos Ayestas submits this notice to correct a statement in his January 16, 2026 reply letter. ECF No. 77. While preparing for oral argument, undersigned counsel Lee Kovarsky discovered that he incorrectly described *Campbell Harrison v. Dagley, L.L.P. v. PBL Multi-Strategy Fund, L.P.*, 744 F. App'x 192 (5th Cir. 2018), as concerning only a district court's order on magistrate judge's report and recommendation under Fed. R. Civ. P. 72(b). ECF No. 77 at 3 n.4. He apologizes for the mistake, and he stands on the jurisdictional point he makes throughout the briefing: This Court does not reach questions about how to review an un-objected-to order merged into judgment because, unlike *Campbell*, no district court order has been appealed here. This Court does not hear appeals directly from magistrate judge orders. ECF No. 68 at 2-6.

Respectfully submitted,

*/s/ Lee B. Kovarsky*
Lee B. Kovarsky

Sheri Lynn Johnson
Cornell Law School
240 Myron Taylor Hall
Ithaca, NY 14853
(607) 255-6478
slj8@cornell.edu

ATTORNEYS FOR PETITIONER-APPELLEE

# CERTIFICATE OF SERVICE

  I hereby certify that on January 27, 2026, an electronic copy of the foregoing document was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit and served upon all registered counsel using the appellate CM/ECF system.

               */s/ Lee B. Kovarsky*
               Lee B. Kovarsky