# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 07, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-70014   Ayestas v. Harris County
                  USDC No. 4:09-CV-2999

Enclosed is an order entered in this case.

       Sincerely,

       LYLE W. CAYCE, Clerk

       By: _____
       Casey A. Sullivan, Deputy Clerk
       504-310-7642

Mr. Lee Benjamin Kovarsky
Mr. Paul Edward Mansur
Mr. Thomas Royal Phillips
Ms. Meagan T. Scott
Ms. Gwendolyn Suzanne Vindell