# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 7, 2026

Lyle W. Cayce
Clerk

_____

No. 25-70014

_____

CARLOS MANUEL AYESTAS, *also known as* DENNIS ZELAYA COREA,

*Petitioner—Appellee*,

*versus*

HARRIS COUNTY DISTRICT ATTORNEY'S OFFICE,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:09-CV-2999

_____

ORDER:

IT IS ORDERED that appellant's unopposed motion for an extension to file its response to the petition for rehearing en banc is DENIED.

_____
JERRY E. SMITH
*United States Circuit Judge*