# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 20, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-70014 Ayestas v. Harris County
USDC No. 4:09-CV-2999

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: Shirley M. Engelhardt
Shirley M. Engelhardt, Deputy Clerk
504-310-7631

Mr. William Francis Cole
Mr. Lee Benjamin Kovarsky
Mr. Paul Edward Mansur
Mr. Benjamin Wallace Mendelson
Mr. William R. Peterson
Mr. Thomas Royal Phillips
Ms. Meagan T. Scott
Ms. Gwendolyn Suzanne Vindell