# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 20, 2026
Lyle W. Cayce
Clerk

No. 25-70014

Carlos Manuel Ayestas, *also known as* Dennis Zelaya Corea,

*Petitioner—Appellee*,

*versus*

Harris County District Attorney's Office,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:09-CV-2999

ORDER:

IT IS ORDERED that the motion of amicus curiae, Texas Department of Criminal Justice, for leave to participate in *en banc* oral argument on time ceded by the appellant is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT